# WL| Wright Law
### ATTORNEY AT LAW

**299 BROADWAY, SUITE 708,
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

February 23, 2022

*Via ECF*
Hon. Colleen McMahon
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Antwan Andrews
22-CR-82 (CM)**

Dear Judge McMahon,

    I represent defendant Antwan Andrews in the above matter. Mr. Andrews was released on February 10, 2022, on a $100,000 personal recognizance bond (PRB) with the condition that he provide two financially responsible people to act as suretors for the PRB by February 24, 2022. Mr. Andrews is close to squaring away the two suretors but he needs another week to complete the process. I respectfully request a one week extension, until March 3, 2022, to resolve this issue. AUSA Alexander Li has no objection to the instant request.

                                                               Sincerely,
                                                               /s/
                                                         Christopher D. Wright
                                                        *Attorney for Antwan Andrews*

CC: Alexander Li, AUSA