# WL | Wright Law
ATTORNEY AT LAW

299 BROADWAY, SUITE 708
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlaw.nyc

MEMO ENDORSED

April 23, 2023    4/27/23

**VIA ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Sentencing Adj to July 13, 2023 at 3:30 p.m.

**Re:** *United States v. Antwan Andrews (22-CR-00082 CM)*

*[signed] Colleen McMahon*

Dear Judge McMahon,

    I represent Antwan Andrews in this Indictment and write today to respectfully request an adjournment of Mr. Andrews' sentence which is currently scheduled for May 8, 2023. This is my first such request.

    I am still awaiting the final Pre-Sentence Investigation Report and would like to have that final report before Mr. Andrews is sentenced. In addition, I am starting a trial in early May and will need more time to finish Mr. Andrews' sentencing memorandum.

    I therefore respectfully request a sentence date for Mr. Andrews during the week of June 12, 2023, or a date thereafter that is best for the Court. I have informed AUSA Ashley C. Nicholas about my scheduling conflict and the government graciously consents to this adjournment request.

Sincerely,
/s/
Christopher Wright

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 4/27/23
```