UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:22-cr-00082-CM-9
    -against-                       :   ORDER
                                    :
Antwan Andrews                      :
                                    :
        Defendant                   :
                                    :
------------------------------------X

Colleen McMahon, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

Dated: New York, New York
       April 27, 2023

SO ORDERED:

*(signature)*

Colleen McMahon
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/23