# WL| Wright Law
ATTORNEY AT LAW

---

299 BROADWAY, SUITE 708
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlaw.nyc

July 25, 2023

**MEMO ENDORSED**

VIA ECF
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*Defendant's Application to self-surrender Friday, July 28, 2023 at 1pm is Granted. The bond will be vacated when the Court is informed by the USMS that the dft is in custody.*

**Re:** *United States v. Antwan Andrews 22-CR-82 (CM)*

Dear Judge McMahon:

I represent Antwan Andrews in the above Indictment who is currently scheduled to be sentenced on September 21, 2023. My client has informed me that he would like to self-surrender in advance of his September 21 sentence date to the U.S. Marshals.

I have conferenced this issue with U.S. Pretrial Services Officer Marlon Ovalles who has informed me that Mr. Andrews can self-surrender to the U.S. Marshals Office located at the U.S. Courthouse, 500 Pearl Street, Suiter 400, New York, NY 10007. Mr. Andrews' self-surrender could take place as soon as this Friday, July 28, 2023 at 1pm.

To accomplish this self-surrender, I do believe Mr. Andrews' bond would have to be revoked. Pretrial Services joins in the instant application and the government takes no position.

Sincerely,
/s/
Christopher Wright

*Colleen McMahon*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/23