UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

                                    22 Cr. 82-09 (CM)

ANTWAN ANDREWS

       Defendant.

----------------------------------------------------------x

## ORDER REVOKING BAIL AND REMANDING DEFENDANT

McMahon, J.:

    Defendant Antwan Andrews is scheduled to be sentenced September 21, 2023, at 11:00 a.m. Andrews has been out on bail pending sentencing. However, earlier this week, Andrews asked the Court to allow him to surrender today, Friday, July 28, 2023, to begin receiving credit toward any sentence the Court ultimately imposes—the Court granted his request. (*See* Docket #219).

    The United States Marshal Service has informed the Court that Mr. Andrews surrendered today (July 28), and is now in custody.

    Accordingly, Andrews bail conditions are hereby revoked, and he is now on remand status.

Dated: New York, New York
       July 28, 2023

                                                Colleen McMahon
                                   United States District Court Judge