Case 1:22-cr-00082-CM   Document 238   Filed 09/07/23   Page 1 of 1

# WL| Wright Law
ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlaw.nyc

September 6, 2023

*MEMO ENDORSED*

9/7/23

OK

*[signature: Colleen McMahon]*

**VIA ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States* **v.** *Antwan Andrews (22-CR-00082 CM)*

Dear Judge McMahon,

I represent Antwan Andrews in this Indictment and write today to respectfully request a 2-day extension for the filing of Mr. Andrews' sentencing memo which is currently due on September 7, 2023. I make this request as I contracted COVID in the last 10 days and have been unable to visit Mr. Andrews at the MDC Jail during my period of quarantine. As a consequence I have been unable to review the defense sentencing memo with my client prior to filing it.

The requested 2-day extension would ensure my ability to have a counsel visit with my client so that I can review the defense sentencing memo with Mr. Andrews and file said memo on September 9, 2023. I have informed AUSA Ashley C. Nicholas about the instant request and the government graciously consents.

Sincerely,
/s/
Christopher Wright

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/23